**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

NOV 3 2016

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LUIS CARLOS CEBALLOS-RAMIREZ, | No. 15-70460 |
| Petitioner, | Agency No. A200-244-346 |
| v. | |
| LORETTA E. LYNCH, Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted October 25, 2016[**]

Before:     LEAVY, SILVERMAN, and GRABER, Circuit Judges.

Luis Carlos Ceballos-Ramirez, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") order denying his motion to reconsider its denial of a motion to reopen removal proceedings to seek administrative closure. We dismiss the petition for review.

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

We lack jurisdiction to review the BIA's denial of Ceballos-Ramirez's motion to reconsider its underlying discretionary decision regarding administrative closure. *See Diaz-Covarrubias v. Mukasey,* 551 F.3d 1114, 1120 (9th Cir. 2009) (this court lacks jurisdiction to review the denial of administrative closure for lack of a sufficiently meaningful standard to evaluate the decision); *Vilchiz-Soto v. Holder,* 688 F.3d 642, 644 (9th Cir. 2012) (limiting the court's jurisdiction to review the BIA's denial of a motion to reconsider its underling discretionary determination).

**PETITION FOR REVIEW DISMISSED.**